TRIAL COURT CAUSE NO. : DIDC-14-205206
COURT OF APPEALS NO. : 03-16-00610-CR

RECEIVED
OCT 04 2016
THIRD COURT OF APPEALS
JEFFREY D. KYLE

FILED
October 4, 2016
Third Court of Appeals
Jeffrey D. Kyle
Clerk

The State of TEXAS

v.

Patrick Heaney

§ In the Court of Appeals
§ Third District of Texas
§ at Austin, Texas

## MOTION TO COMPEL

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW, PATRICK HEANEY, Appellant and respectfully ask the court to compel the District Clerk of the 403rd District Court in Travis County to file records, as requested, for they pertain to my defense. Pursuant to Texas Rules of appellate procedure Rule 34.5 and on Page 8 of Appellant's Appeal Notice: ORDER Appellate Record: Portions of record will substantiate claims made during my case and their not having been introduced, proves that this defendant was vitiated by the District Clerk. Legal Duty imposed on office holders is "duty related to official's office" and willful violations of such duty comes within definition of "official misconduct." Appellant is being denied Due Process of Law by the District Clerk denying appellant the opportunity to be heard U.S.C.A. Const. Amend. 5, 14: Due Process as used in state and federal constitutions, includes and means that an accused shall, in a criminal case, be accorded that fundamental fairness necessary to due administration of Justice. Appellant is being denied due Process which is essential to the very concept of Justice Vernon's Ann. Texas Const. Art. 1 § 19 Zepeda v. State 773 S.W.2d. 730. Thus causing a Jurisdictional matter in the Courts. Appellant request the Court to compel the Court clerk to respond to Appellant's correspondence pursuant to Tex. Rule of App. P. 34.5(a) dated 9-20-16 to Ms. Velva Price, Tex. R. App. P. 34.6 (b)(1) dated 9-20-16 to Ms. Roxanne Davenport, and Rulings Requested on Appellants NOTICE OF APPEAL and MOTION FOR NEW TRIAL correspondence dated 9-21-16 to Ms. Kamala White 403 District Court Coordinator. Appellant has shown his due diligence to develope the Appellate Record, the office holders of the 403rd District Court whose duty to conform to particular standard of conduct have violated Appellant's protected rights. Appellant has in his possession documents, facts that are not in the record which would support points of error in regard to his involuntary plea allegation And ask this court to compel The Honorable Brenda Kennedy, Judge of the 403rd District Court to Rule on Appellant's MOTION FOR NEW TRIAL which is properly before the court, and appellant has requested a ruling on this motion as required by IN RE Blakeney 254 S.W.3d. 659. 661 (2008), And IN re Villarreal 96 S.W.3d 708, 710 (2003). The above NOTICE OF APPEAL and MOTION FOR NEW TRIAL were filed in the 403rd District Court through the Court of Appeals, Third District of Texas. which shows this court that these documents were Properly filed and pending before the 403rd District Court. The 403rd District Court and its officials refuse to correspond with appellants

1 of 3

## II.

The Documents requested have been shown to this court previously as recently as 7-26-16: Writ of Mandamus - Rehearing no. 03-16-00159-CV by appellant. Appellant recieved those documents through the State Bar of Texas, and they show that the State did not follow stipulations agreed to with appellant concerning the dismissal of causes DIDC.14.301810, DIDC.14.900226 & DIDC.14.900227. Therefore, the plea was unknowing or involuntary. Texas Gov't. code ann § 22.108(c) also Flowers v. State 935 S.W.2d. at 133; And North Carolina v. Alford 400US.25,31, 91 SCt. 160,164. Appellant requests these documents to be made part of Appellate record.

## III.

Appellant has requested court appointed counsel pursuant to Article 1.051 Texas Code of Criminal Procedure in his notice of Appeal, he has included in his notice of Appeal a Declaration in support of Right to Representation along with an affidavit of indigency. Appellant also included an ORDER to appoint counsel, he respectfully asks this court to inform appellant of:

attorney name: _____

address: _____

_____

## IV.

WHEREFORE PREMISES CONSIDERED appellant respectfully moves this court to compel the named officials of the Travis County, 403rd District Court to do their duty and rule on Appellants MOTION FOR NEW TRIAL, ORDER - APPELLATE RECORD as stated in 2nd NOTICE OF APPEAL, and for the Court Clerk and Court Reporter to follow Texas Rules of APPELLATE PROCEDURE RULES 34.5 and 34.6 respectfully. And to inform appellant of his appointed counsel in this cause.

Respectfully Submitted,

Patrick Heaney - appellant

Patrick Heaney 1987843
Hughes Unit
Rt. 2, Box 4400
Gatesville, TX 76597

## UNSWORN DECLARATION

I, PATRICK HEANEY, TDCJ # 1987843 Being presently incarcerated in The Texas Department of Criminal Justice at the Hughes Unit in Coryell County, Texas, Verify and Declare under penalty of perjury that The foregoing is TRUE and correct.

Executed on this 29th day of September in the year 2016.

Patrick Heaney - declarant

## CERTIFICATE OF SERVICE

I hereby certify that on this the 29th day of September 2016 I have requested by letter that The clerk of this court *E-MAIL* a true and correct copy of the above and foregoing MOTION TO COMPEL to both the 403rd District Court Clerk and the Travis County District Attorney of Austin, Texas.

Patrick Heaney - Appellant

## ORDER

On this the _____ day of _____ 2016 came to be heard appellant's MOTION TO COMPEL and after due consideration it is ORDERED That this MOTION should be:

___ GRANTED / ___ DENIED

_____
Justice Presiding.

The Honorable Jeffrey D. Kyle                    9-29-16
Court of Appeals - Clerk

Dear Mr. Kyle,              RE : 03-16-00610-CR

   Enclosed please find appellant's <u>MOTION TO COMPEL</u>,
I am requesting that you file this motion and
bring it to the attention of the Court

   Please satisfy appellant's CERTIFICATE OF SERVICE
by E-mail a copy of this <u>MOTION TO COMPEL</u> to
the 403<u>rd</u> District Court and to the Travis
County District Attorney, for appellant in indigent
with no access or means of copier.

   Please file/stamp and return this cover letter
for my records showing that the above writ
has been filed.

   I respectfully ask to check if an attorney
has been appointed in this matter, as requested
in appellant's <u>2nd NOTICE OF APPEAL</u>. And if
so please send NAME OF ATTORNEY and
ADDRESS TO ADDRESS BELOW.

                    Respectfully,

                    Patrick Heaney - appellant

RECEIVED
OCT 0 4 2016
THIRD COURT OF APPEALS
JEFFREY D. KYLE

                    Patrick Heaney #1987843
                    Hughes Unit
                    Rt. 2, Box 4400
: file               Gatesville, TX. 76597

Patrick Heavey 1987845
Hughes Unit
Rt. 2, Box 4400
Gatesville, Tx. 76597

Legal Mail

AUSTIN TX 787
RIO GRANDE DISTRICT
30 SEP 2016 PM 3 L

FOREVER USA
PURPLE HEART

The Honorable Jeffrey D. Kyle
Court of Appeals - Clerk
Third District of Texas
P.O. Box 12547
Austin, Tx. 78711-2547

78711-254747